ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| | | |
|---|---|---|
| UE LAS CATALINAS LLC<br><br>Recurrida<br><br>v.<br><br>MOBILE TECHNOLOGY LLC H/N/C GAME LAND, DAVID VÁZQUEZ COLLAZO<br><br>Peticionarios | TA2026CE00117 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso Núm.: CG2025CV04162<br><br>Sobre: Desahucio y Cobro de Dinero |

Panel integrado por su presidenta, la Juez Domínguez Irizarry, el Juez Cruz Hiraldo y el Juez Sánchez Báez

## RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de enero de 2026.

Examinado el *Recurso de Certiorari* y la *Moción en Auxilio de Jurisdicción* presentada el 30 de enero de 2026 por la parte peticionaria, Mobile Technology LLC h/n/c Game Land ("MTL"), el Tribunal dispone lo siguiente:

Se declara **no ha lugar** a la Solicitud de Auxilio de Jurisdicción. En cuanto al *Recurso de Certiorari,* se deniega por no cumplir elementos de la Regla 40 de nuestro Reglamento. *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, págs. 63, 216 DPR __ (2025).[1]

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Determinamos prescindir de la comparecencia de la parte recurrida, conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, pág. 15, 216 DPR __ (2025).